```
      UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
 IN RE:                                          CASE NO. 06 B 09014
      JEFFREY S THOMPSON
                                                 CHAPTER 13

                                                 JUDGE: A. BENJAMIN GOLDGAR
         Debtor
     SSN XXX-XX-8311
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 07/27/06 and confirmed on 10/06/06.

2. The case was converted to Chapter 7 after confirmation, 05/13/2008.

3. The Debtor paid a total of $ 23012.50 .

4. The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHASE AUTOMOTIVE FINANCE | SECURED VEHIC | 30500.00 | 4976.32 | 10541.65 |
| GMAC PAYMENT CENTER | SECURED VEHIC | 13316.00 | 1283.85 | 5217.43 |
| AMERICAN GENERAL FINANCE | UNSECURED | 694.56 | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | 2793.78 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 4120.00 | .00 | .00 |
| CHASE BANK | UNSECURED | 1220.83 | .00 | .00 |
| GREAT LAKES CREDIT UNION | UNSECURED | NOT FILED | .00 | .00 |
| SYSTEMS & SERVICES TECH | UNSECURED | 4292.87 | .00 | .00 |
| GMAC PAYMENT CENTER | UNSECURED | 179.18 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 92.25 | .00 | .00 |
| CHASE AUTOMOTIVE FINANCE | UNSECURED | 1169.16 | .00 | .00 |
| KEYBANK NATIONAL ASSOCIA | UNSECURED | 2860.45 | .00 | .00 |
| B REAL LLC | UNSECURED | 7368.63 | .00 | .00 |

Summary of disbursements:

---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 43816.00 | .00 | 24791.71 | .00 | 68607.71 |
| PRINCIPAL PAID | 15759.08 | .00 | .00 | .00 | 15759.08 |
| INTEREST PAID | 6260.17 | .00 | .00 | .00 | 6260.17 |
| TOTAL PAID | 22019.25 | .00 | .00 | .00 | 22019.25 |

The Debtor's attorney, PETER FRANCIS GERACI       , was allowed $   3000.00 and was paid $   1500.00   direct and $     .00  through the plan.

The Trustee received $     993.25 .

Refunds to the Debtor totaled $      .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
Dated: 08/20/08                          /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
        CASE NO. 06 B 09014 JEFFREY S THOMPSON
```